UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>*Plaintiff*<br><br>vs.<br><br>SANDRA LEE KELLEY,<br><br>*Defendant,*<br><br>and<br><br>CUMBERLAND COUNTY HOME CONSORTIUM<br><br>*Party-In-Interest.* | Case No. : 2:25-cv-00278-NT<br><br>DISCLOSURE STATEMENT OF CUMBERLAND COUNTY HOME CONSORTIUM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND DISTRICT COURT LOCAL RULE 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1 and District Court Local Rule 7.1, Party-in-Interest Cumberland County HOME Consortium hereby identifies all persons, associations of persons, firms, partnerships, limited liability companies, joint ventures, corporations, including parent corporations and public held corporations, and any similar entities owning 10% or more of the interest in the Cumberland County HOME Consortium.

The Cumberland County HOME Consortium consists of the City of Portland, the Town of Brunswick and Cumberland County. The United States Department of Housing and Urban Development, under the HOME Investment Partnership Program, allows units of general government to join together under a mutual cooperation agreement to form a consortium for the purpose of obtaining funding as a participating jurisdiction under the HOME Program. Under

1

the Mutual Cooperation Agreement, the City of Portland is designated as the lead entity, represents the consortium and assumes the responsibility for the administration of the program.

Dated in Portland, Maine this 23rd day of July, 2025.

        /s/ Michael Goldman
        Michael Goldman
        Maine Bar No. 9842
        Attorney for City of Portland,
        Authorized Agent for Party-In-Interest,
        Cumberland County HOME Consortium

City of Portland
Office of Corporation Counsel
389 Congress Street
Portland, ME 04101
(207) 874-8480

## CERTIFICATE OF SERVICE

      I hereby certify that on July 23, 2025 I electronically filed the Disclosure Statement of Party in Interest Cumberland County HOME Consortium with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Michael Goldman
Michael Goldman
Maine Bar No. 9842
Attorney for City of Portland,
Authorized Agent for Party-In-Interest,
Cumberland County HOME Consortium

City of Portland
Office of Corporation Counsel
389 Congress Street
Portland, ME 04101
(207) 874-8480