UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>                    Plaintiff,<br><br>v.<br><br>**SANDRA LEE KELLEY**,<br><br>                    Defendant,<br><br>**CUMBERLAND COUNTY HOME CONSORTIUM**,<br><br>                    Party-in-Interest, | CASE NO.  **2:25-cv-00278-NT** |

## STIPULATION OF DISMISSAL

Plaintiff United States Department of Agriculture and Party-in-Interest, Cumberland County Home Consortium, each through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-referenced action with prejudice and without costs to either party.

Dated: 8/28/2025

/s/ Kevin J. Crosman
Kevin J. Crosman, Esq.
10 Free Street, PO BOX 4510
Portland, ME 04112
T: 207-775-7271
E: KCrosman@jensenbaird.com

*Attorneys for Plaintiff*

Dated: 8/28/2025

/s/ Michael I. Goldman
Michael I. Goldman
City of Portland,
Office of Corporation Counsel
389 Congress Street
Portland, ME 04101
T: 207-874-8428
E: Mig@portlandmaine.gov

*Attorneys for Interested Party*